UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,  | No. 2:13-cv-2062 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff filed this action pro se while a Sacramento County jail inmate,[1] pursuant to 42 U.S.C. § 1983.  By a filing dated October 30, 2013, plaintiff consented to the jurisdiction of the undersigned.  By order filed March 11, 2014, the court granted plaintiff twenty-eight days to file an amended complaint.  In the March 11th order, the court informed plaintiff of the deficiencies in his complaint.  Plaintiff was cautioned that failure to file an amended complaint would result in dismissal of this action.  The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

---

[1] Plaintiff has since been incarcerated as a state prisoner.  Court records indicate he was served with the March 11, 2014 order at his most recent address.

     Accordingly, IT IS HEREBY ORDERED that this action be dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 25, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE